UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

Case Number: 2:05cr36

UNITED STATES OF AMERICA )
)
    Plaintiff, )
Vs. ) ORDER
)
HAROLD ROBERT RATTLER )
)
    Defendant )

FILED
IN COURT
BRYSON CITY, N. C.

OCT 4 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

The parties are hereby directed to maintain all exhibits offered and admitted in the above entitled case by either party during, following trial and appeal period; and

IT IS ORDERED that the Clerk is hereby relieved of all responsibility for said exhibits.

This 3rd day of October 2005.

_____
United States Judge Presiding