## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## BRYSON CITY DIVISION

## CRIMINAL NO. 2:05CR36

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **VS.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **HAROLD ROBERT RATTLER** | ) | |
| | ) | |

**THIS MATTER** is before the Court on Defendant's motion for an expedited trial transcript.

During the October 2005 term, the Defendant was found guilty of Counts Three and Four of the indictment; the jury could not reach a verdict on Counts One and Two and the Court declared a mistrial on those counts. In the interim, Defendant's trial counsel was allowed to withdraw; now, Defendant's new counsel has requested an "expedited and unedited trial transcript" of the Defendant's previous trial. **Motion, at 2.** The Court has been advised by counsel that an expedited, unedited transcript is no longer requested, and has submitted a transcript order form deleting that request. The Court finds that counsel's motion for a transcript of the Defendant's

October trial is appropriate and the Court will authorize preparation of the trial transcript contemporaneously with this Order.

**IT IS, THEREFORE, ORDERED** that, Defendant's counsel having withdrawn his request for an expedited, unedited transcript, the motion for same is **DENIED** as moot.

**Signed: December 30, 2005**

Lacy H. Thornburg
United States District Judge