IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

CRIMINAL NO. 2:05CR36

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | O R D E R |
| ) | |
| HAROLD ROBERT RATTLER ) | |

**THIS MATTER** is before the Court on the Government's motion to dismiss Counts One and Two of the indictment herein without prejudice. For the reasons stated in the motion,

**IT IS, THEREFORE, ORDERED** that the Government's motion is **ALLOWED**, and Counts One and Two of the indictment herein are hereby **DISMISSED WITHOUT PREJUDICE.**

Signed: April 5, 2006

Lacy H. Thornburg
United States District Judge