# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

## CRIMINAL NO. 2:05CR36

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| ) | |
| HAROLD ROBERT RATTLER ) | |
| ) | |

**THIS MATTER** is before the Court on remand from the Fourth Circuit Court of Appeals.  *See United States v. Rattler*, 2007 WL 2348677 (4th Cir. 2007).

Although the Circuit affirmed the Defendant's conviction and sentence, it remanded the case to this Court for the "purpose of entering a corrected judgment pursuant to Fed. R. Crim. P. 36." *Id.* **at \*2.**

**IT IS, THEREFORE, ORDERED** that the Clerk prepare an amended Judgment of Conviction showing the Defendant has been found guilty of the offense set forth in **26 U.S.C. § 5861(d)**.  The remaining terms and conditions of the original Judgment of Conviction remain unchanged and in full force and effect.

Signed: September 12, 2007

Lacy H. Thornburg
United States District Judge